(No. 791—Claimant awarded $650.24.)

Inland Iron Works Inc., Claimant, *vs*. State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*refund may be awarded.* The court may award claimant the amount of the franchise tax erroneously paid, although no legal liability exists against the State, such award may be made on ground of social justice and equity.

John T. Booz, for claimant.

Oscar E. Carlstrom, Attorney General; Edward C. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim for the refund of franchise taxes wrongfully paid to the Secretary of State of the State of Illinois, in the years 1921 and 1923, in the total sum of $650.24.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $650.24.